Rosenberg v Chervil (2020 NY Slip Op 51491(U))

[*1]

Rosenberg v Chervil

2020 NY Slip Op 51491(U) [70 Misc 3d 127(A)]

Decided on December 10, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 10, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : THOMAS A. ADAMS, P.J., BRUCE E. TOLBERT, TERRY JANE
RUDERMAN, JJ

2018-1058 W C

Andrew Rosenberg, Respondent,
against
Lynda Chervil, Appellant. 

Lynda Chervil, appellant pro se.
The Pangis Law Firm, PLLC (George M. Pangis of counsel), for respondent.

Appeal from a final judgment of the City Court of White Plains, Westchester County (JoAnn
Friia, J.), entered May 11, 2018. The final judgment, upon a summary determination pursuant to
CPLR 409, awarded landlord possession and the sum of $18,096.17 in a nonpayment summary
proceeding.

ORDERED that the final judgment is affirmed, without costs.
In this nonpayment proceeding, tenant admitted in her answer to having defaulted in paying
rent without raising any affirmative defense thereto, but alleged that the notice of petition and
petition were not properly served on her. On the return date of the petition, the court awarded
landlord possession and the amount of unpaid rent he had requested. Tenant appeals from the
final judgment that was subsequently entered.
Service upon "a person of suitable age and discretion" is authorized by RPAPL 735 (1)
without any of the preconditions urged by tenant on appeal. Accordingly, tenant has not
demonstrated that the final judgment should be reversed based upon a lack of personal
jurisdiction. Her other argument on appeal, that the court did not permit her to have a trial, is
without merit because, having admitted to defaulting in the payment of rent without raising a
defense thereto, tenant has not identified any triable issues of fact (see CPLR 409 [b];
RPAPL 745 [1]). 
Accordingly, the final judgment is affirmed.
ADAMS, P.J., TOLBERT and RUDERMAN, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 10, 2020